UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY JOHN TOTARO,

    Plaintiff

v.

STEVEN WALSH,

    Defendant

Case No.: 3:25-cv-00088-ART-CSD

**Order**

Re: ECF No. 10

Plaintiff has filed a motion to check the status of this case. (ECF No. 10.) The motion is **GRANTED** to the extent that Plaintiff is advised that he is responsible for service of the summons and complaint on the defendant in accordance with Federal Rule of Civil Procedure 4.

The complaint was filed on February 21, 2025, after Plaintiff paid the filing fee. (ECF No. 5.) Under Federal Rule of Civil Procedure 4(m), the court must dismiss the action without prejudice if service is not accomplished within 90 days. Fed. R. Civ. P. 4(m). To date, no proof of service of the complaint has been filed.

The court will give Plaintiff until **August 3, 2025**, to file a proof of service of the complaint on the defendant or face dismissal of this action without prejudice under Rule 4(m).

**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
Craig S. Denney
United States Magistrate Judge