UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY JOHN TOTARO,

    Plaintiff

v.

STEVEN WALSH, et al.,

    Defendants

Case No.: 3:25-cv-00088-ART-CSD

**Order**

Re: ECF No. 22

Plaintiff has filed a motion for an extension of time to serve defendant Steve Walsh. (ECF No. 22.)

Plaintiff's motion (ECF No. 22) is **GRANTED** to the extent Plaintiff has up to and including **October 10, 2025**, to file a proof of service of the summons and complaint for defendant Steve Walsh.

**IT IS SO ORDERED**.

Dated: August 27, 2025

_____
Craig S. Denney
United States Magistrate Judge