UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY JOHN TOTARO,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN WALSH, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00088-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 27, 28 |

Plaintiff has filed two motions requesting the appointment of pro bono legal counsel, stating that he has been unsuccessful in his attempt to obtain legal counsel. (ECF Nos. 27, 28.)

28 U.S.C. § 1915(e) allows the court to request an attorney represent any person unable to afford counsel. 28 U.S.C. § 1915(e)(1). Plaintiff, however, is not proceeding *in forma pauperis* in this case, paid the filing fee, and there is no indication he cannot afford counsel. Instead, he states he has been unable to obtain counsel. This is not a basis to appoint counsel under section 1915(e)(1). Therefore, Plaintiff's motions to appoint pro bono counsel (ECF Nos. 27, 28) are **DENIED**.

**IT IS SO ORDERED**.

Dated: September 17, 2025

_____
Craig S. Denney
United States Magistrate Judge