# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMOTHY JOHN TOTARO,

    Plaintiff

v.

STEVEN WALSH, et al.,

    Defendants

Case No.: 3:25-cv-00088-ART-CSD

**Order**

Re: ECF Nos. 26, 35

    Steven Walsh has filed a motion for extension of time, until October 15, 2025, to file a reply brief in support of his motion to dismiss. He notes that Plaintiff's opposition, if filed, will trigger the deadline to submit a reply brief, and he will be out of town and unavailable from September 14 through October 8, 2025, and unable to submit and file a reply. (ECF No. 35.)

    Steven Walsh filed a motion to dismiss for insufficient service of process and failure to state a claim on August 7, 2025. (ECF No. 15.) A response was due on or before August 21, 2025.

    While not titled a response to the motion to dismiss, Plaintiff did, however, file a motion to extend the time to serve Steven Walsh on August 21, 2025. (ECF Nos. 22, 25.) The court granted Plaintiff's motion and gave him until October 10, 2025, to file a proof of service of the summons and complaint for defendant Walsh. (ECF No. 26.)

    Walsh now states that he will be out of town from September 14 through October 8, 2025, and he will be unable to file any reply.

    Walsh's motion is denied premature as no response to the motion to dismiss has been filed. If a belated response is filed by Plaintiff, and if Walsh is unable to timely respond to the

motion, he may then file the appropriate request for leave to file a belated reply brief. At this time, however, no reply brief is necessary.

The court does recognize, however, that in light of Walsh's representation that he will be out of town from September 14, 2025, through October 8, 2025, it is necessary to extend the deadline for Plaintiff to provide a proof of service of the summons and complaint on Walsh.

Plaintiff has up to and including October 31, 2025, to file a proof of service of the summons and complaint as to Walsh.

## CONCLUSION

Steven Walsh's motion for an extension of time to file a reply brief in support of his motion to dismiss (ECF No. 35) is **DENIED AS PREMATURE**.

Plaintiff has up to and including **October 31, 2025**, to file a proof of service of the summons and complaint as to Walsh.

**IT IS SO ORDERED**.

Dated: September 17, 2025

Craig S. Denney
United States Magistrate Judge