UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY JOHN TOTARO,

Plaintiff,

v.

STEVEN WALSH et al.,

Defendants.

Case No. 3:25-cv-00088-ART-CSD

**ORDER TO DISMISS**

*Pro se* Plaintiff Timothy John Totaro brings this action to address alleged wrongs related to a state court proceeding. In Mr. Totaro's initial complaint of February 13, 2025, he names Steven Walsh as the only defendant. (ECF No. 1-1.) Mr. Totaro's latest complaint is his amended complaint of February 26, 2025, in which Mr. Walsh is *not* named as a defendant. (ECF No. 6.)

If a plaintiff amends his complaint, "the new pleading supersedes the old one." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 23 (2025); *Walker v. State*, 158 F.4th 971, 981 (9th Cir. 2025). The "original pleading no longer performs any function in the case." *Royal Canin U.S.A.*, 604 U.S. at 35; *Walker* 158 F.4th at 981.

Mr. Totaro's operative complaint is the latest complaint dated February 26, 2025. As Mr. Walsh is not named in that complaint, there are no claims against him and he should no longer be a party to this action.

It is therefore ORDERED that Defendant Steven Walsh is dismissed from the case.

It is furthermore ORDERED that Mr. Walsh's motion to dismiss (ECF No. 15) is DENIED AS MOOT without prejudice.

1

It is furthermore ORDERED that Mr. Walsh's supplemental motion to dismiss (ECF No. 52) is DENIED AS MOOT without prejudice.

DATED: February 3, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE